**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| JASON A. GAZA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| WESTAR ENERGY, INC., | ) ) |
| Defendant. | ) ) |
| | ) Civil Action No. 8:17-cv-1812-MSS-AEP |

## NOTICE OF SETTLEMENT OF CLAIMS

Pursuant to Middle District of Florida Local Rule 3.08, Defendant Westar Energy, Inc., with the consent of Plaintiff Jason Gaza, notifies the Court that the parties have reached an agreement resolving this case in its entirety, with prejudice. The parties will file a Stipulation of Voluntary Dismissal with Prejudice as soon as is practicable.

Respectfully Submitted,

By: */s/ Kelly H. Foos*
Kelly H. Foos, Florida Bar #95959
**STEVENS & BRAND, LLP**
P.O. Box 189
Lawrence, KS 66044
Phone: (785) 843-0811
Fax: (785) 843-0341
E-mail: kfoos@stevensbrand.com
*Attorney for Defendant Westar Energy, Inc.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 12, 2017, I caused to be served by electronic mail, a true and correct copy of the above and foregoing to:

Jason A. Gaza
11628 Pilot Country Drive
Spring Hill, Florida 34610
gizmosdaddy.gaza@gmail.com
*Plaintiff (Pro Se)*

                 *s/ Kelly H. Foos*